IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

HoneyBaked Foods,                              3:08cv1686

       Plaintiff(s)

v.                                              Order

Affiliated FM,

       Defendant(s)

The parties having notified the Court that this case is settled, It is hereby

**ORDERED THAT:**

1. Dismissal entry to be filed by October 30, 2011, and

2. The parties having agreed thereto, any dispute re. terms of settlement to be submitted to Honorable David A. Katz for final adjudication.

So ordered.

                                             S/ James G. Carr
                                             James G. Carr
                                             District Judge