IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HONEYBAKED FOODS, INC,** | : | |
| | : | |
| Plaintiff, | : | Case No. 3:08-CV-01686 |
| | : | |
| | : | Judge James G. Carr |
| v. | : | |
| | : | |
| **AFFILIATED FM INSURANCE COMPANY,** | : | |
| | : | |
| | : | |
| Defendant. | : | |

> Motion granted.
> So Ordered.
>
> s/ James G. Carr
> United States District Judge

**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL CIVIL RULE 41**

Pursuant to Federal Civil Rule 41(a)(1)(A)(ii), Plaintiff HoneyBaked Foods, Inc. ("HoneyBaked") and Defendant Affiliated FM Insurance Co. ("Affiliated") hereby stipulate to the dismissal of all of HoneyBaked's claims filed in this action against Affiliated with prejudice. The parties have reached an agreed settlement and this Stipulation shall terminate this lawsuit. Each party is to bear its own court costs and attorneys fees.

Respectfully submitted,

/s/ *Alan G. Starkoff*
_____
Alan G. Starkoff (0003286)
Schottenstein, Zox & Dunn Co., LPA
250 West Street
Columbus, Ohio 43215-2538
Telephone: (614) 462-4938
E-Mail: agstarkoff@szd.com
Trial Attorney for Plaintiff
HoneyBaked Foods, Inc.

/s/ *Thomas S. Brown*
_____
Thomas S. Brown
Gibbons PC
1700 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania 19103
Telephone (215) 446-6215
E-Mail: tbrown@gibbonslaw.com
Trial Attorney for Defendant
Affiliated FM Insurance Co.

{H2338718.1 }